[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Genae Emery

Plaintiff(s),

v.

Chicago Transit Authority

Defendant(s).

**RECEIVED**

**DEC 01 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: _____

1:25-cv-14563
Judge Sunil R. Harjani
Magistrate Judge Albert Berry, III
RANDOM/Cat. 1

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Genae Emery _____ of the county of Cook _____ in the state of Illinois _____.

3. The defendant is Chicago Transit Authority _____, whose street address is 567 W Lake St _____, (city) Chicago (county) Cook (state) Illinois (ZIP) 60606

(Defendant's telephone number) (312) - 681 2232 _____

4. The plaintiff sought employment or was employed by the defendant at (street address) 1815 W 74th st _____ (city) Chicago _____ (county) Cook (state) Illinois (ZIP code) 60636

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

    (a)  ☐    was denied employment by the defendant.

    (b)  ☐    was hired and is still employed by the defendant.

    (c)  ☑    was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) May , (day) 22nd, (year) 2022 .

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a)    The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i)    ☑ the United States Equal Employment Opportunity Commission, on or about (month) May (day) 22 (year) 2022.

        (ii)    ☐ the Illinois Department of Human Rights, on or about (month) July (day) 01 (year) 2023 .

    (b)    If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☑ No, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month) September
(day) 10th (year) 2025.

(c)   Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☑ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes   ☑ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) September (day) 10th (year) 2025 a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☑ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.    The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☑ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): Negligent in correspondence with plantiff and management at Chicago Garage.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

- Religious request that was denied without reason.
- Lack of Response
- Retaliation
- Plantiff sending required documentation that had been ignored.

14.    *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)    ☐ Direct the defendant to hire the plaintiff.

    (b)    ☐ Direct the defendant to re-employ the plaintiff.

    (c)    ☐ Direct the defendant to promote the plaintiff.

    (d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    ☑ Direct the defendant to (specify): Award Plantiff Damages Sought. Compensatory Damages - Economic and Non Economic damages for suffering and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*emotional distress ~~and~~ amounting to $30 million. The Plantiff also asks for Injuctive relief. That the court force Chicago Transit Authority change practices regarding religious exemption to prevent future discrimination.*

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

*Minai Emy*
(Plaintiff's signature)

*Genae Emery*
(Plaintiff's name)

*300 s Damen ave*
(Plaintiff's street address)

(City) *Chicago* (State) *Illinois* (ZIP) *60612*

(Plaintiff's telephone number) *(312) - 907-5272*

Date: *12/01/2025*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016